1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLSTATE INSURANCE COMPANY, *et al.*,            )    Case No. C15-1976RSL
                Plaintiffs,            )
       v.            )    ORDER TO SHOW CAUSE
LIGHTHOUSE LAW P.S., INC., *et al.*,            )
                Defendants.            )

13        This matter comes before the Court *sua sponte*. On July 26, 2017, defendants

14 Seok Bae "Mike" Seo and Lee Ok Mi filed a Motion For Order Vacating Order of Default and

15 Default Judgments which, taken as a whole, exceeds 50 pages in length. (Dkt. # 114). As of

16 this date, a courtesy copy of this document has not been provided for chambers.

17        Defendants are hereby ORDERED to show cause, within five days of the date of

18 this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(9).

19 Defendants shall immediately deliver a paper copy of the motion and all supporting documents,

20 with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy

21 Copy of Electronic Filing for Chambers," to the Clerk's Office.

22
23        DATED this 3rd day of August, 2017.

24
25                      Robert S. Lasnik
                     United States District Judge
26